UNITED STATES COURT OF INTERNATIONAL TRADE

---------------------------------------- x
INCASE DESIGN CORP.,                     :
                                         :     Court No.   16-00026
        *Plaintiff*,                  :
                                         :
        v.                            :
UNITED STATES,                           :
                                         :
        *Defendant*.                  :
---------------------------------------- x

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree:

1. The protest and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2. The stipulable imported merchandise covered by the entries set forth on Schedule A, attached, consists of iPad/tablet covers described as Origami Workstations, Book Jackets, and Magazine Covers ("imported merchandise").

3. At liquidation, U.S. Customs and Border Protection classified the imported merchandise as other cases with an outer surface of sheeting of plastic under subheading 4202.92.90, Harmonized Tariff Schedule of the United States ("HTSUS"), at a duty rate of 17.6% *ad valorem*.

4. The imported merchandise identified in Schedule A is properly classifiable as other articles of plastic under subheading 3926.90.99, HTSUS, at a duty rate of 5.3% *ad valorem*.

5. The imported merchandise identified on Schedule A is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with interest provided by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

By: /s/ Heather Litman
    Erik Smithweiss
    Robert B. Silverman
    Heather Litman
    GRUNFELD, DESIDERIO,
    LEBOWITZ, SILVERMAN &
    KLESTADT LLP
    707 Wilshire Blvd.
    Suite 4150
    Los Angeles, CA 90017
    Tel.: (213) 624-1970
    Attorneys for Plaintiff

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

By: _____
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

_____
BEVERLY A. FARRELL
Senior Trial Attorney
International Trade Field Office
Civil Division, Dept. of Justice,
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza - Suite 346
New York, New York 10278
Tel.: (212) 264-9230/0483
Attorneys for Defendant

Dated: 12/4/2024

## SCHEDULE A TO STIPULATED JUDGMENT IN COURT NO. 16-00026

| Court No. | Date Summons Filed | Port No. | Protest No. | Entry No. | Line No. | Description of Merchandise |
|---|---|---|---|---|---|---|
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926105-9 | 001 | Origami Workstation |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926262-8 | 001 | Origami Workstation |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8927563-8 | 001 | Origami Workstation |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926112-5 | 001 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926112-5 | 002 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926164-6 | 001 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926174-5 | 001 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926254-5 | 001 | Magazine Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926260-2 | 002 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926324-6 | 001 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926330-3 | 001 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926391-5 | 001 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926470-7 | 003 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926637-1 | 001 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926637-1 | 002 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8926637-1 | 003 | Book Jacket |
| 16-00026 | 2/9/2016 | 9900 | 9900-13-100154 | 300-8927029-0 | 001 | Book Jacket |

Stipulated Judgment in Court No. 16-00026

**IT IS HEREBY ORDERED** that this Action is decided and the final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: December 4, 2024

/s/ Claire R. Kelly
Judge